**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Marshun D. STEWART, Defendant–**
**Appellant.**

No. 10–60738
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 10, 2012.

James Clayton Joyner, Esq., Susan Spears Bradley, Esq., Assistant U.S. At-

---

torney, U.S. Attorney's Office, Clyde McGee, IV, Esq., Assistant U.S. Attorney, Oxford, MS, for Plaintiff–Appellee.

Christi Rena McCoy, McCoy Law Firm, Oxford, MS, for Defendant–Appellant.

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

Marshun D. Stewart appeals the district court's denial of his motion for a new trial. His brief contains no citations to the record in support of either his statement of the facts or his legal argument. Pursuant to FED. R.APP. P. 28(a)(7) & (9), the appellant's brief must include "a statement of facts relevant to the issues submitted for review with appropriate references to the record" and an argument section that contains the "appellant's contentions and the reasons for them, with citations to the authorities and parts of the record on which the appellant relies." Because Stewart has not provided any record support for his contentions that the district court erred in denying his motion for a new trial, he has abandoned this issue by failing to adequately brief it. *See United States v. Cothran,* 302 F.3d 279, 286 n. 7 (5th Cir.2002); *Yohey v. Collins,* 985 F.2d 222, 224–25 (5th Cir.1993); *Brinkmann v. Dallas County Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir.1987).

Even if counsel's unsupported arguments were considered, no abuse of discretion by the district court has been shown.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

*See United States v. Piazza,* 647 F.3d 559, 565 (5th Cir.2011).

AFFIRMED.